IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| United States, *ex rel*. [X], BRINGING THIS ACTION ON BEHALF OF THE UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>BASF CORPORATION, CIBA CORPORATION, f/k/a CIBA SPECIALTY CHEMICALS CORPORATION, DAIHAN SWISS CHEMICAL CORPORATION,<br><br>Defendants. | Case No. 3:10CV188 |

## **ORDER**

Considering the United States' Notice of Consent to Relator's Voluntary Dismissal (the "United States' Notice"), IT IS ORDERED that:

1. the above-captioned action is hereby dismissed without prejudice to the United States.

2. the Relator's original Complaint, Relator's Motion to Dismiss Action Without Prejudice, the United States' Notice, and this Order be unsealed;

3. all other papers or Orders on file in this matter shall remain under seal; and,

4. the seal shall be lifted on all matters occurring in this action after the date of this Order.

**SO ORDERED.**

Signed: June 19, 2012

Frank D. Whitney
United States District Judge